UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

MICHELLE SHACKELFORD,

        Plaintiff,

   v.

DONALD L. SHIELDS; MARTEN TRANSPORT, LTD., a Delaware corporation, and DOES 1-100, inclusive,

        Defendant.

NO. 2:10-cv-2894 FCD KJN

ORDER

----oo0oo----

The court has reviewed defendants' notice of removal to the United States District Court for the Eastern District of California under 28 U.S.C. §§ 1441(b) based on diversity jurisdiction.  It is well established that the basic requirement of diversity cases is that *all* plaintiffs must be of different citizenship than *all* defendants.  Strawbridge v. Curtiss, 7 U.S. 267 (1806).  In their Notice of Removal, defendants assert that, on information and belief, plaintiff is a citizen of California. Defendants also assert that defendant Donald L. Shields is a

citizen of California.  Accordingly, based upon defendants' own representations, there is not complete diversity between the parties.  Therefore, this action is improperly before this court.  Accordingly, the court REMANDS this action back to the Superior Court of California, County of Sacramento.

    IT IS SO ORDERED.

DATED: October 29, 2010

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE